**JUDGE PRESKA**

07 CV 5474

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAJESTIC DRUG CO., INC.,                : Civ. No.:
                                        :
               Plaintiff,       :
                                        :
  v.                                    :
                                        : **RULE 7.1 STATEMENT**
DENTEK ORAL CARE, INC.,                 :
                                        :
               Defendant.       :
                                        :
                                        :
------------------------------------------------------------X

Pursuant to Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Majestic Drug Co., Inc., hereby certifies that there are no parent corporations or publicly held corporations which have any ownership interest in Majestic Drug Co., Inc. and Majestic Drug Co., Inc. is a privately held corporation.

Dated: New York, New York
       June 8, 2007

                                         THELEN REID BROWN RAYSMAN
                                         & STEINER LLP

                                         By: _/s/ Michael G. Shannon_
                                            Michael G. Shannon
                                            Attorneys for Plaintiff
                                            Majestic Drug Co., Inc.
                                            875 Third Avenue
                                            New York, New York 10022
                                            (212) 603-2000