# AFFIDAVIT OF SERVICE OF PROCESS

I, __CHARLES McBEE__, hereby swear and affirm that on the __15TH__
   (Name of Server)

day of __JUNE__, 20__07__, I served __DENTEX ORAL CARE, INC__

by delivering to __KEELI BOYCE__, who is authorized to accept service of process

and being a __WHITE__ male/female, approximately __35__ years of age with __BROWN__ color

hair, approximately __130__ lbs, __5__ ft. __5__ in. tall, with the following documents from the

__U.S.D.C. FOR THE S.D. OF NEW YORK__
(Name of Court)

_____,

Docket Number __07 CV 5474 (LAP)__, in which defendant is to appear on/within

__20 DAYS AFTER SERVICE__.

1. __SUMMONS__
2. __COMPLAINT__
3. _____
4. _____

I declare under penalty of perjury that the information contained herein is true and correct and was executed on __6/19/07__, at __KNOXVILLE TENNESSEE__.
   (Date)                                   (City and State)

__Charles A McB___
Signature of Process Server

(STATE OF TENNESSEE )
(COUNTY OF KNOX    )

Subscribed and sworn before me this the __19th__ day of __June__, 20__07__.

__PT. C.__
NOTARY

My Commission Expires: __2/3/2010__.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/15/07 |
| NAME OF SERVER (PRINT) CHARLES MCBEE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 307 EXCELLENCE WAY MARYVILLE TN 37801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): BY DELIVERING TO KEELI BOYCE, WHO IS AUTHORIZED TO ACCEPT SERVICE FOR DEFENDANT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/07
           Date

Signature of Server: Charles A. McBee

P.O. BOX 26169
KNOXVILLE TN 37912
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.