# MEMO ENDORSED

**JONES HIRSCH CONNORS & BULL P.C.**
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1680

NEW YORK

CALIFORNIA

CONNECTICUT

NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

**MILLER & ASSOCIATES**
SPECIAL COUNSEL

Scott E. Miller
Principal

(212) 527-1628

July 5, 2007

**VIA FACSIMILE**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

Re: Majestic Drug Co., Inc. v.
Dentek Oral Care, Inc.
SDNY: 07 CV 5474(LAP)
Our File No. 00048-75054

Dear Judge Preska:

We have today been retained to represent the defendant, Dentek Oral Care, Inc. in the captioned lawsuit.

We are respectfully requesting an extension of time to Answer the allegations in the Complaint, until July 19, 2007 (two weeks from today). The original due date for the answer is today, July 5, 2007. Plaintiff's counsel has agreed to grant an extension until July 10, 2007, but has refused to extend the time any further, claiming that our client "has a history of stalling." We need a further extension the secure accurate information from the client in order to respond to the allegations properly. No other extensions have been requested to date, and accordingly, none have been granted or denied.

We respectfully request that Your Honor <u>permit the defendant until July 19, 2007 to answer the Complaint.</u>

July 5, 2007

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

The Honorable Loretta Preska												July 5, 2007

We thank Your Honor for Her time and attention.

Respectfully Submitted,

Scott E. Miller (SM 1538)

cc: **Via Facsimile No: (212) 603-2001**
Thelen Reid Brown Raysman & Steiner LLP
Attn: Michael G. Shannon, Esq.
875 Third Avenue
New York, New York 10022
Tel.: (212) 603-2000