JONES HIRSCH CONNORS & BULL P.C.
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1680

NEW YORK

CALIFORNIA

CONNECTICUT

NEW JERSEY

MILLER & ASSOCIATES
SPECIAL COUNSEL

Scott E. Miller
Principal

(212) 527-1628

DATE FILED: 7/10/07

July 9, 2007

<u>VIA FACSIMILE</u>
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

        Re: Majestic Drug Co., Inc. v.
            Dentek Oral Care, Inc.
            SDNY: 07 CV 5474(LAP)
            Our File No. 00048-75054

Dear Judge Preska:

    Further to our letter dated July 5, 2007, we represent the defendant, Dentek Oral Care, Inc. ("Dentek") in the captioned lawsuit.

    Your Honor kindly granted the defendant's request for a two week extension of time to answer the Complaint until July 19, 2007. We have also become aware that Majestic Drug Co. ("Majestic") has brought a Motion for a Preliminary Injunction seeking an order enjoining Dentek from making particular claims about its product.

    We are working with plaintiff's counsel in an attempt to resolve his concerns, by providing counsel with certain relevant documentation.

Hon. Loretta A. Preska     -2-                    July 9, 2007

    We respectfully request a similar two week extension of time to oppose Majestic Drug Co.'s Motion for a Preliminary Injunction, until July 23, 2007. Opposition papers are currently due on July 13, 2007. Although, plaintiff's counsel initially refused to agree to an extension on the same ground as his refusal to grant the extension of time to answer (i.e., Dentek is "stalling"), plaintiff's counsel is reconsidering same. An extension will allow time to possibly resolve the motion without Court involvement or, on the other hand, for Dentek to properly respond to the motion.

    Accordingly, we respectfully request that Your Honor permit the defendant until July 23, 2007 to oppose Majestic's motion.

    We thank Your Honor for Your time and attention.

SO ORDERED

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
July 10, 2007

Respectfully submitted,

*[signature]*

Scott E. Miller (SM 1538)

cc:  Via Facsimile No: (212) 603-2001
     Thelen Reid Brown Raysman & Steiner LLP
     Attn: Michael G. Shannon, Esq.
     875 Third Avenue
     New York, New York 10022
     Tel.: (212) 603-2000

699879v1