## JONES HIRSCH CONNORS & BULL P.C.
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1680

NEW YORK

CALIFORNIA

CONNECTICUT

NEW JERSEY

**MILLER & ASSOCIATES**
SPECIAL COUNSEL
Scott E. Miller
Principal

(212) 527 1628

July 18, 2007

VIA FACSIMILE
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007
Fax: (212) 805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/07

Re: Majestic Drug Co., Inc. v.
Dentek Oral Care, Inc.
SDNY: 07 CV 5474(LAP)
Our File No. 00048-75054

Dear Judge Preska:

We represent the defendant, Dentek Oral Care, Inc. ("Dentek") in the captioned lawsuit.

Your Honor kindly granted the defendant's request for a two week extension of time to answer the Complaint until tomorrow, July 19, 2007. The parties appear to be "on the brink" of settlement with a resolution soon to be reached.

Accordingly, we are seeking an additional two week extension of time to Answer Majestic Drug Co.'s Complaint, until August 2, 2007, to allow the parties to finalize an agreement. We have attempted today to contact plaintiff's counsel to request his agreement for the extension of time, but were unable to reach him. An extension will allow time to possibly resolve the matter without Court involvement,

The Honorable
Loretta A. Preska                -2-                  July 18, 2007

and will save Dentek the time and cost of submitting an Answer, when it appears that a resolution of the matter will be reached.

Accordingly, we respectfully request that Your Honor permit the defendant until August 2, 2007 to Answer Majestic's Complaint.

We thank Your Honor for Your time and attention.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 19, 2007

Respectfully submitted,

Scott E. Miller (SM 1538)

cc: Via Facsimile No: (212) 603-2001
Thelen Reid Brown Raysman & Steiner LLP
Attn: Michael G. Shannon, Esq.
875 Third Avenue
New York, New York 10022
Tel.: (212) 603-2000