```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 8/22/07              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MAJESTIC DRUG CO., INC.,                    :    Civ. No.: 1:07-CV-05474 LAP
                                            :
                    Plaintiff,              :
                                            :
        -against-                           :    **STIPULATION AND ORDER**
                                            :    **OF DISMISSAL**
DENTEK ORAL CARE, INC.,                     :
                                            :
                    Defendant.              :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for

the parties hereto that pursuant to the parties' Settlement Agreement made as of July 5, 2007 and

subject to its terms including defendant's consent to continued jurisdiction and venue in this

Court with respect to any claims for breach of it, the Complaint filed in this action on or about

June 8, 2007 is dismissed without prejudice and plaintiff's Motion filed on or about June 25,

2007 for a preliminary injunction is withdrawn and both parties shall be responsible for their

own costs and attorneys' fees.

Dated:  New York, New York
        August 2, 2007

                            THELEN REID BROWN RAYSMAN & STEINER LLP


                            By: _Michael G. Shannon_____
                                Michael G. Shannon
                                Attorneys for Plaintiff MAJESTIC DRUG CO., INC.
                                875 Third Avenue
                                New York, New York 10022
                                Tel.: 212.603.2000
                                Fax: 212.603.2001

MILLER & ASSOCIATES PC
Special Counsel to Jones Hirsch Connors & Bull PC

By _____
    Scott E. Miller  JAMES H. RODGERS (JR-4798)
Attorneys for Defendant DENTEK ORAL CARE, INC.
One Battery Park Plaza
New York, New York 10004
Tel.: 212.527.1000
Fax: 212.527.1680


SO ORDERED:


_____
            U.S.D.J.


August 21, 2007


The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

LORETTA A. PRESKA, U.S.D.J.

-2-                                          NY #1176346 v1